**Order entered September 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01747-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

Before the Court is appellant's August 27, 2014 motion for second extension of time to file amended brief. We **DENY** the motion. On the Court's own motion, we **ORDER** appellant to file her amended brief no later than September 12, 2014. Appellant is cautioned that failure to timely file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/ ELIZABETH LANG-MIERS
JUSTICE